150 A.3d 937

IN THE MATTER OF LARRY S. GELLER, AN ATTORNEY AT LAW (ATTORNEY NO. 013551979)

December 7, 2016

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 15–326, concluding that **LARRY S. GELLER** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1980, should be censured for violating *RPC* 1.15(a)(failure to safeguard funds), *RPC* 1.15(b)(failure to promptly disburse funds to the client or third party), *RPC* 1.15(d), *Rule* 1:21–6 (recordkeeping violations), *RPC* 5.4(a)(improper fee sharing), *RPC* 7.3(d)(compensating a person or organization to recommend or secure the lawyer's employment by a client), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **LARRY S. GELLER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.